■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SPARTACUS T. BROWN, Appellant. (Appeal No. 2.) [690 NYS2d 364] —Resentence unanimously reversed on the law and matter remitted to Onondaga County Court for resentencing in accordance with the following Memorandum: Defendant appeals from a resentence in connection with his conviction of robbery in the first degree (*see, People v Brown*, 261 AD2d 889 [decided herewith]). We do not decide whether the resentence is unduly harsh or severe. County Court's failure to have defendant produced at the resentencing denied defendant his statutory rights to be present (*see,* CPL 380.40 [1]) and to make a statement in his behalf (*see,* CPL 380.50 [1]; *see also, People v Brown*, 155 AD2d 608; *People v Colon*, 89 AD2d 552; *People v Lee*, 84 AD2d 699). (Appeal from Resentence of Onondaga County Court, Mulroy, J.—Resentence.) Present—Denman, P. J., Hayes, Wisner, Hurlbutt and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR M. JANES, Appellant. [689 NYS2d 911] —Judgment unanimously affirmed. Memorandum: Defendant did not object to the omission of an alibi charge and thus failed to preserve that issue for our review (*see,* CPL 470.05 [2]; *People v Whalen*, 59 NY2d 273, 279-280; *People v Rivera*, 256 AD2d 1098; *People v Hale*, 124 AD2d 1025, *lv denied* 69 NY2d 881). Also unpreserved for our review is the contention of defendant that there was an insufficient evidentiary foundation for the tape recording (*see,* CPL 470.05 [2]). In any event, that contention is without merit (*see, People v Ely*, 68 NY2d 520, 527; *People v McGee*, 49 NY2d 48, 59, *cert denied sub nom. Waters v New York*, 446 US 942; *see also, People v Lubow*, 29 NY2d 58, 68; *People v Gandy*, 152 AD2d 909, *lv denied* 74 NY2d 896). Upon our review of the tape recording, we conclude that County Court properly exercised its discretion in overruling defendant's inaudibility objection (*see, People v Scarbrough*, 254 AD2d 824, *lv denied* 92 NY2d 1038; *People v Wade*, 173 AD2d 662; *People v Watson*, 172 AD2d 882, 883). Finally, the verdict is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). (Appeal from Judgment of Cayuga County Court, Corning, J.—Criminal Sale Marihuana, 2nd Degree.) Present—Denman, P. J., Hayes, Wisner, Hurlbutt and Callahan, JJ.